IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLIFTON ECHOLS,                         )
    #201901362,                      )
                       )
        Petitioner,              )        CIVIL ACTION NO.
                       )
VS.                                     )        3:25-CV-3419-G-BK
                       )
JOHNSON COUNTY JAIL,                    )
                       )
        Respondent.              )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

    The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

    **SO ORDERED**.

January 26, 2026.

A. JOE FISH
**Senior United States District Judge**